**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 05, 2023

Ms. Mary Joyce Carlson
Mr. Arthur T. Carter
Ms. Jenevieve Louise Frank
Mr. Alfred John Harper III
Mr. Erik C. Hult
Mr. David P. Lichtman
Mr. Richard J. Lussier
Mr. Kyle Andrew Mohr
Ms. Angelique Paul Newcomb
Mr. Neil B. Pioch
Mr. Daniel M. Rosenthal
Ms. Charlotte Schwartz

Re: Case No. 23-1187, *Elizabeth Kerwin v. Starbucks Corporation*
Originating Case No. 2:22-cv-12761

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to remand. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032